UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YUL SINGLETON                                        CIVIL ACTION

VERSUS                                               NO. 09-3188

LYNN COOPER                                          SECTION "I"(4)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Yul Singleton's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this ___28th___ day of February, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE