UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **YUL SINGLETON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3188** |
| **LYNN COOPER** | **SECTION "I"(4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge, and having considered the petitioner's objections to the Magistrate Judge's Report and Recommendation and the Supplemental Report and Recommendation, hereby approves the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter. Therefore,

**IT IS ORDERED** that Yul Singleton's Objections (Rec. Doc. No. 31) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Singleton's request to dismiss and abandon his unexhausted ineffective assistance of counsel claims is **GRANTED** and that his unexhausted ineffective assistance of counsel claims are voluntarily **DISMISSED WITH PREJUDICE**: (1) counsel failed to investigate the basis for Norman's testimony or expose the plea deal between the State and Norman; (2) counsel allowed Singleton to be wrongfully convicted; (3) counsel failed to professionally perform his duty to represent Singleton; (4) his failure to investigate and perform

caused a meaningless appeal; (5) counsel failed to timely file pretrial motions for discovery and impeachment material related to Roussell and Norman and counsel failed to timely file for production of the initial police report; (6) counsel failed to adequately investigate by obtaining Norman's pretrial statement and the police report; and (7) counsel failed to file a pretrial motion to suppress Norman's perjured statements.

**IT IS FURTHER ORDERED** that Singleton's § 2254 claims asserting that counsel was ineffective for failure to file a motion to reconsider the sentence, that the State withheld exculpatory *Brady* and impeachment evidence, and that the State knowingly used the perjured testimony be **DENIED** and **DISMISSED WITH PREJUDICE** as procedurally barred.

New Orleans, Louisiana, this \_\_\_\_4th\_\_\_\_ day of _____May_____, 2012.

_____
**UNITED STATES DISTRICT JUDGE**